# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITY BENEFIT LIFE INSURANCE COMPANY, *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:26-cv-211 Judge Mazzant |
| BONNIE PHIFER and MICHAEL LEON BOWERY, *Defendants*. | § | |

**ORDER**

Pending before the Court is Plaintiff Security Benefit Life Insurance Company's Motion to Dismiss Counterclaim, Interplead Funds, and Dismiss Security Benefit Life Insurance Company (Dkt. #15) and Plaintiff Security Benefit Life Insurance Company's Notice of Agreed Order (Dkt. #26) (collectively, the "Motions"). Having considered the Motions and the relevant pleadings, the Court finds that the Motions should be **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Michael Leon Bowery's Counterclaim against Security Benefit is **DISMISSED WITH PREJUDICE**;
2. Within twenty (20) business days after the entry of this Order, Security Benefit shall deposit the proceeds from contract number 5420019459 (the "Contract") in the total amount of $1,246,756.96, less Security Benefit's reasonable attorneys' fees and costs in the amount of $6,988.65, into the Court's registry (the "Interpleader Funds") and the Clerk of Court shall deposit said Interpleader Funds into an interest-bearing account;

3. Upon Security Benefit's deposit of the Interpleader Funds into the Registry of the Court as described above in Paragraph 2, Security Benefit shall be **DISMISSED WITH PREJUDICE** from this action, and Security Benefit shall additionally be discharged from any further liability with respect to, affecting, or in any way arising out of the Contract and/or the Interpleader Funds;

4. Upon Security Benefit's deposit of the Interpleader into the Registry of the Court as described above in Paragraph 2, Intervenor Defendant Bonnie Phifer ("Phifer") and Michael Leon Bowery ("Bowery") (collectively, "Intervenor Defendants" or "Defendants"), and anyone acting on behalf of any of the Intervenor Defendants, shall each be **PERMANENTLY ENJOINED** from instituting or prosecuting any other proceeding, arbitration, or lawsuit against Security Benefit, or any of Security Benefit's parent companies, affiliates, agents, predecessors, successors, administrators, or assigns, with respect to the Contract, the Interpleader Funds, and/or any and all claims that were or could have been raised in this action against Security Benefit; and

5. The Intervenor Defendants shall continue to assert in this action their claims to the Interpleader Funds.

**IT IS SO ORDERED.**

**SIGNED this 14th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE