**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITY BENEFIT LIFE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 4:26-cv-00211-ALM |
| | § | |
| v. | § | |
| | § | |
| BONNIE PHIFER and MICHAEL LEON BOWERY, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF FINAL JUDGMENT AND DISBURSEMENT OF FUNDS**

Came on to be heard the Joint Motion for Entry of Final Judgment and Disbursement of Funds (Dkt. #29). The Court finds and ORDERS as follows:

This case involves a dispute regarding the proceeds of annuity contract number 5420019459 issued by Security Benefit Life Insurance Company and annuity contract number AFFIA17589096 issued by Aspida Life Insurance Company, both on the life of Andrew Wayne Mitchell, deceased. Aspida previously deposited $338,004.96 into the registry of the Court and was dismissed and discharged. Security Benefit previously deposited $1,239,768.31 into the registry of the Court and was dismissed and discharged.

Those deposited funds, together with all accrued interest, are referred to as the "Interpleaded Funds." Bonnie Phifer also asserted a cross-claim against Michael Leon Bowery concerning three accounts held at Fidelity Investments in the name of Andrew Wayne Mitchell, being the accounts ending in 5935, 3549, and 7951 (collectively, the "Fidelity Accounts"). Funds from the Fidelity Accounts were transferred to Michael Leon Bowery following the death of Andrew Wayne Mitchell and are not on deposit in the registry of the Court.

The Parties reached a settlement at mediation before United States Magistrate Judge Zack Hawthorn on August 11, 2026, and have agreed to a distribution of the Interpleaded Funds. The Parties have agreed that all claims asserted, or that could have been asserted, in this cause are to be dismissed with prejudice, with each Party bearing that Party's own attorney's fees, costs, and expenses.

Therefore, pursuant to the agreement of the Parties, the Court ORDERS the following regarding the Interpleaded Funds:

a) The Clerk of the Court shall disburse the entirety of the Interpleaded Funds on deposit in the registry of the Court, including all funds deposited by Aspida Life Insurance Company and by Security Benefit Life Insurance Company, plus all accrued interest and less any statutory registry fee, via EFT, to the attention of Attorney J. Michael Young and made payable to the Trust Account of Wynne, Smith & Young, PLLC, 707 W. Washington Street, Sherman, Texas 75092. He will make payment to Bonnie Phifer, after the deduction of applicable attorney's fees, reimbursements and expenses.

b) Michael Leon Bowery shall take nothing from the Interpleaded Funds.

The Court further ORDERS that Michael Leon Bowery shall retain all funds transferred to him from the Fidelity Accounts, being the accounts ending in 5935, 3549, and 7951, and that Bonnie Phifer shall take nothing on her cross-claim as to the Fidelity Accounts and the funds transferred from them.

The Court further ORDERS that the beneficiary designations at issue in this cause are resolved in accordance with the agreement of the Parties, and that all claims and cross-claims asserted in this cause are dismissed with prejudice to refiling. Each Party shall be responsible for that Party's own attorney's fees, costs, and expenses.

This is a final judgment, disposing of all claims and causes of action and all parties.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**Agreed as to form and substance:**

__/s/ J. Michael Young______________
J. MICHAEL YOUNG
Texas State Bar No. 00786465
myoung@wynnesmithlaw.com
**WYNNE, SMITH & YOUNG, PLLC**
707 W. Washington Street
Sherman, Texas 75092
(903) 893-8177 (T)
(903) 892-0916 (F)

**S. BROCK BENSON**
Texas State Bar No. 24040509
bbenson@brockbensonlaw.com
BENSON LAW, PLLC

**ATTORNEYS FOR BONNIE PHIFER**

__/s/ Staton Lottmann________________
STATON LOTTMANN
Texas State Bar No. 24109486
staton@alk.law
**ALLEN, LOTTMANN, KIMMEL, PC**
3805 Old Bullard Road
Tyler, Texas 75701
(903) 534-0006 (T)
(903) 534-357 (F)

**ATTORNEY FOR MICHAEL LEON BOWERY**